**United States District Court**
**Southern District of New York**
-----------------------------------------------------------x
:          ORDER
**United States of America** :
:
:   __22__ cr 352 (08)    (JSR)   )
:
      -against- :
:
:    **United States District Judge**
  Manuel Pereira :
:
:
:
-----------------------------------------------------------x

The Court hereby accepts the guilty plea received in this case on November 4, 2022 by Mag. Judge Moses.



_Jed S. Rakoff, U.S.D.J._       7/9/2024
**USDJ**                                      date